478 A.2d 69

Commonwealth v. Brookins, Appellant.

Petition for Allowance of Appeal
Denied Sept. 18, 1984.

Submitted March 23, 1984. Vincent R. Baginski, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Judgment of sentence affirmed.